IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA MEDICAL RESEARCH )
FOUNDATION, )
   )
        Plaintiff )
   )
vs. ) No. CIV-01-456-C
   )
ELI LILLY & COMPANY, )
   )
        Defendant )

## O R D E R

The settlement conference presently set before Magistrate Judge Purcell on March 25, 2003, at 10:00 a.m., is rescheduled before United States District Judge Lee R. West on March 13 at 9:00 a.m. The settlement conference statement shall be filed by noon on Tuesday, March 11, 2003. All other provisions of the Order issued in connection with Judge Purcell's conference continue to apply to the conference to be held before Judge West.

IT IS SO ORDERED this 4th day of March, 2003.

ROBIN J. CAUTHRON
CHIEF UNITED STATES DISTRICT JUDGE

omrf-conf.wpd

354