IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA MEDICAL RESEARCH FOUNDATION, | ) ) ) |
| Plaintiff, Counter-Defendant, | ) ) ) |
| vs. | ) Case No. CIV-01-456-C ) |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant, Counter-Plaintiff. | ) |

FILED
MAY 20 2003
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKL
BY_____ DEPUTY

## STIPULATED DISMISSAL ORDER

IT IS HEREBY ORDERED THAT:

(1) This Court has jurisdiction over the parties and over the subject matter of this action under at least 28 U.S.C. Sections 1338 and 1367 and venue is proper in this District pursuant to at least 28 U.S.C. Section 1391(a);

(2) The parties having stipulated pursuant to Fed. R. Civ. P. 41 to dismissals of their claims and counterclaims with prejudice, all actions and causes of actions asserted by the parties by way of claim or counterclaim in the Complaint, as amended, and in the Counterclaims in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

(3) This Court retains continuing jurisdiction over this matter for the express purpose, if necessary, of enforcing the terms and conditions of the parties' settlement agreement and all agreements referenced therein.


SO ORDERED this 1st day of ~~April~~ May, 2003.

/s/ Robin J. Cauthron
**ROBIN J. CAUTHRON**
**UNITED STATES DISTRICT JUDGE**

APPROVED:

/s/ John A. Kenney
**JOHN A. KENNEY (OBA NO. 4976)**

Of the Firm:

**McAFEE & TAFT**
Tenth Floor, Two Leadership Square
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

ENTERED ON JUDGMENT DOCKET ON

MAY 2 0 2003

-and-

**SUSAN A. CAHOON**
**JOHN S. PRATT**
**MITCHELL G. STOCKWELL**
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

**ATTORNEYS FOR PLAINTIFF**
**OKLAHOMA MEDICAL RESEARCH**
**FOUNDATION**

/s/
**PATRICK M. RYAN (OBA NO. 7864)**
**PHILLIP G. WHALEY (OBA NO. 13371)**
**JOE M. HAMPTON (OBA NO. 11851)**

2

ATLLIB01 1513120.1

Of the Firm:

**RYAN, WHALEY, HAMPTON & BOMHOFF**
900 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:    (405) 239-6040
Facsimile:    (405) 239-6766

- and -

**RICHARD de BODO**
**LAYN R. PHILLIPS**
**BRIAN D. LEDAHL**
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

3